UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:
08-21688-CIV-MORENO**

WILLIE BROWN,

    Petitioner,

vs.

WALTER A. MCNEIL,

    Respondent.

_____/

**CLOSED CIVIL CASE**

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING PETITION FOR HABEAS CORPUS

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on Petitioner's Petition for Writ of Habeas Corpus (**D.E. No. 1**), filed on **June 13, 2008**. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 20**) on **March 23, 2009**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues and notes that Petitioner did not file objections to the Magistrate Judge's Report and Recommendation. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation (**D.E. No. 20**) on **March 23, 2009** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that:

(1)     The Petition for Writ of Habeas Corpus is DENIED. This case is CLOSED and all pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 4th day of May, 2009.

                                                  FEDERICO A. MORENO
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge Patrick A. White

Counsel and Parties of Record